UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRA ALSTON, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:07-CV-473 (RNC) |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| JASON CAHILL, MIGUEL DIAZ, JON DONOVAN, BRUCE MOYERS, SCOTT SALIUS, MELVIN SAYLOR, WILBUR STROZIER, ADAM VAZQUEZ, CARSON WRIGHT | : : : : : |
| | : |
| Defendants. | : November 21, 2007 |

## MOTION TO AMEND COMPLAINT

Plaintiff moves for leave to amend his initial pro se complaint pursuant to F.R.C.P. 15 following the appointment of counsel and the receipt of initial discovery materials. The proposed amended complaint is being filed herewith.

This amendment was contemplated by parties' 26(f) report, which specifically noted the filing of an amended complaint 15 days after the receipt of initial discovery material.

Granting this motion will not prejudice the defendants or delay the progress of this case.

Plaintiff also requests leave nunc pro tunc to file this motion two days out of time. The reason for the delay was the necessity of conferring in person with the plaintiff before filing the motion.

Dated: November 21, 2007                          PLAINTIFF, IRA ALSTON

                                                        By: /s/ David N. Rosen
                                                        David N. Rosen (CT00196)
                                                        David Rosen & Associates
                                                        400 Orange Street
                                                        New Haven, CT 06511
                                                        Telephone (203) 787-3513
                                                        Facsimile (203) 789-1605
                                                        Email: drosen@davidrosenlaw.com
                                                        His Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was emailed and mailed, first class, postage prepaid on November 21, 2007 to:

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

                                      /s/ David N. Rosen
                                      David N. Rosen