UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRA ALSTON, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:07-CV-473 (RNC) |
| | : |
| v. | : |
| | : |
| JASON CAHILL, MIGUEL DIAZ, JON DONOVAN, BRUCE MOYERS, SCOTT SALIUS, MELVIN SAYLOR, WILBUR STROZIER, ADAM VAZQUEZ, CARSON WRIGHT | : |
| | : |
| Defendants. | : DECEMBER 20, 2007 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to L. Civ. R. 7(e), Plaintiff's counsel moves to withdraw his appearance. Plaintiff has directed counsel not to proceed further on his behalf. Plaintiff has indicated that he has submitted a request to the Court to proceed pro se.

Plaintiff also withdraws his November 21, 2007 Motion to Amend the Complaint because plaintiff has instructed counsel that he does not wish to base his claims on the proposed Amended Complaint.

1

Dated: December 20, 2007            PLAINTIFF, IRA ALSTON

By: _____/s/_____
David N. Rosen CT00196
David Rosen & Associates
400 Orange Street
New Haven, CT 06511
Telephone (203) 787-3513
Facsimile (203) 789-1605
CT00196
Email: drosen@davidrosenlaw.com
His Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was emailed and mailed, first class, postage prepaid on December 20, 2007 to:

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

_____
David N. Rosen