UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

IRA ALSTON,                             :
                                        :   CIVIL ACTION NO.
        Plaintiff,                      :   3:07-CV-473 (RNC)
                                        :
    v.                                  :   JURY TRIAL DEMANDED
                                        :
JASON CAHILL, MIGUEL DIAZ, JON          :
DONOVAN, BRUCE MOYERS, SCOTT            :
SALIUS, MELVIN SAYLOR, WILBUR           :
STROZIER, ADAM VAZQUEZ, CARSON          :
WRIGHT                                  :
                                        :
        Defendants.                     :   November 21, 2007

## MOTION TO AMEND COMPLAINT

Plaintiff moves for leave to amend his initial pro se complaint pursuant to F.R.C.P. 15 following the appointment of counsel and the receipt of initial discovery materials. The proposed amended complaint is being filed herewith.

This amendment was contemplated by parties' 26(f) report, which specifically noted the filing of an amended complaint 15 days after the receipt of initial discovery material.

Granting this motion will not prejudice the defendants or delay the progress of this case.

Plaintiff also requests leave nunc pro tunc to file this motion two days out of time. The reason for the delay was the necessity of conferring in person with the plaintiff before filing the motion.

---

*[Handwritten margin note, left side, rotated:]* Plaintiff has indicated in correspondence to the Court that he wishes to withdraw the amended complaint filed 11/21/07 (doc. #33). The Clerk is hereby directed to strike the amended complaint dated 11/21/07. Robert N. Chatigny, U.S.D.J.

*[Handwritten margin note, bottom left, rotated:]* December 21, 2007. Denied as moot. the amended complaint filed herein. #33). So ordered.