UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRA ALSTON, | : CASE NO.<br>: CASE NO. 3:07CV473(RNC) |
| V. | : |
| JASON CAHILL. ET. AL., | : June 6, 2008 |

## MOTION FOR PERMISSION TO ADD AND SERVE

The Plaintiff, through counsel, requests permission to add and serve Deputy Warden Light in the 2nd amended complaint. Deputy Warden Light was mentioned multiple times throughout the first and subsequent complaints but was not formally named due to oversight.

PLAINTIFF, IRA ALSTON
BY _____
Frank P. Cannatelli, Esq.
2980 Whitney Ave., 2nd Floor
Hamden, CT 06518
Phone: 203-287-1207
Fax: 203-287-1012
Fed. # 04394

## ORDER

The forgoing motion having been heard is hereby ORDERED:

    1.    Granted        2.    Denied

                                       **JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Also, I hereby certify that a copy of the foregoing was mailed to the following on June 3, 2008:

Ira Alston, Inmate #275666
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

_____
Frank P. Cannatelli, Esq.
Commissioner of the Superior Court