07cv473 mforleave

IRA Alston
    Plaintiff

V

Jason Cahill et al

Case no.
Case no. 3:07cv473(Rnc)

October 14 2008

## Motion for Permission to Add and Serve

The Plaintiff Request this Court to Allow him to Add and Serve Director, Fredrick Levesque the Reasons for this motion is as follows:

1- On February 12 2008 the Plaintiff Prior Counsel Frank Cannatelli filed a motion for Permission to Add and Serve Fredrick Levesque and a motion to Amend Complaint which was granted by this Court Document number: 52 (See Attachment exhibit 1).

2- the Plaintiff Amended Complaint dated February 12 2008 and the Plaintiff Amended Complaint dated April 14 2008 that was filed on April 21 2008 name Director Fredrick Levesque as a Party-Defendant

3. the Defendants did not object to any of the above Amendments.

4- In Accordance with this Court order on August 7 2008

the Plaintiff on September 1 2008 filed his Amended Complaint Although the Plaintiff was under the clear impression that such complaint have already been filed naming Fredrick Levesque and Valerie Light As Party-Defendants on June 4 2008 By Prior Counsel Frank P. Cannatelli (See exhibit 2) He have complied with this court order And amended the complaint naming Valerie Light And Fredrick Levesque As Defendants in this matter.

5- this court order on october 8 2008 have not granted the Plaintiff Leave to Add Levesque As a defendant nonetheless Levesque have been named As A Party-Defendant in three (3) Prior Amended Complaint. the Defendants Answer to the Plaintiff Amended Complaint Dated April 21 2008 treated/Acknowledge without Objection Director Fredrick Levesque As A Party-Defendant to this matter (See exhibit 3)

Wherefore, the Plaintiff Request Permission, in the Interest of Justice, to Add And Serve Director Fredrick Levesque.

Date: October 14 2008

Respectfully Submitted:
Ira Alston
Ira Alston 275666
Northern C.I.
287 Bilton Rd
Somers CT 06071

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed via: Prison Mail Box Rule to:

Richard Biggar, esq.
Attorney General's Office
110 Sherman Street
Hartford Connecticut 06106

PRO SE: Ezra Alston

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IRA ALSTON,

V.

JASON CAHILL. ET. AL.,

CASE NO.
CASE NO. 3:07CV473(RNC)

February 12, 2008

## MOTION FOR PERMISSION TO ADD AND SERVE

The Plaintiff, through new counsel, requests permission to add and serve Fred Levesque in the amended complaint.

PLAINTIFF, IRA ALSTON
BY _____
Frank P. Cannatelli, Esq.
2980 Whitney Ave., 2nd Floor
Hamden, CT 06518
Phone: 203-287-1207
Fax: 203-287-1012
Fed. # 04394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was emailed and mailed, first class, postage prepaid on February 12, 2008 to:

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

Frank P. Cannatelli, Esq.
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IRA ALSTON,

CASE NO.
CASE NO. 3:07CV473(RNC)

V.

JASON CAHILL, ET. AL.,

February 12, 2008

## MOTION FOR PERMISSION TO AMEND

The Plaintiff, through new counsel, requests permission to amend his complaint. Said amended complaint is attached to this motion.

PLAINTIFF, IRA ALSTON
BY _____
Frank P. Cannatelli, Esq.
2980 Whitney Ave., 2nd Floor
Hamden, CT 06518
Phone: 203-287-1207
Fax: 203-287-1012
Fed. # 04394

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was emailed and mailed, first class, postage prepaid on February 12, 2008 to:

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

Frank P. Cannatelli, Esq.
Commissioner of the Superior Court

## Complaints and Other Initiating Documents
3:07-cv-00473-RNC Alston v. Cahill et al
EFILE

U.S. District Court

United States District Court for the District of Connecticut

## Notice of Electronic Filing

The following transaction was entered by Cannatelli, Frank on 2/12/2008 at 3:45 PM EST and filed on 2/12/2008

**Case Name:**         Alston v. Cahill et al
**Case Number:**       3:07-cv-473
**Filer:**             Ira Alston
**Document Number:** 52

**Docket Text:**
**AMENDED COMPLAINT against all defendants, filed by Ira Alston.(Cannatelli, Frank)**

**3:07-cv-473 Notice has been electronically mailed to:**

Richard T. Biggar     richard.biggar@po.state.ct.us, beverly.OBrien@po.state.ct.us

Frank P. Cannatelli   cannatellilaw@aol.com

**3:07-cv-473 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=2/12/2008] [FileNumber=1514500-0
] [6f38e53f399888becb40ae76b6bbfae8852b6e95af8bdd1398b23cc82d37295f8d8
00c41f5d503a6a2237d3c2ad27aebd14009d9063c321970f273d9aec05c50]]

exhibit (2)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON, | : | CASE NO. <br> CASE NO. 3:07CV473(RNC) |
| V. | : | |
| JASON CAHILL. ET. AL., | : | June 4, 2008 |

**MOTION FOR PERMISSION TO ADD AND SERVE**

The Plaintiff, through counsel, requests permission to add and serve Deputy Warden Light in the 2nd amended complaint. Deputy Warden Light was mentioned multiple times throughout the first and subsequent complaints but was not formally named due to oversight.

PLAINTIFF, IRA ALSTON

BY ____________________

Frank P. Cannatelli, Esq.
2980 Whitney Ave., 2nd Floor
Hamden, CT 06518
Phone: 203-287-1207
Fax: 203-287-1012
Fed. # 04394

## ORDER

The forgoing motion having been heard is hereby ORDERED:

    1.    Granted          2.    Denied

_____
**JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Also, I hereby certify that a copy of the foregoing was mailed to the following on June 3, 2008:

Ira Alston, Inmate #275666
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

Frank P. Cannatelli, Esq.
Commissioner of the Superior Court

Exhibit(2)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRA ALSTON, | : CASE NO.<br>: CASE NO. 3:07CV473(RNC) |
| V. | |
| JASON CAHILL. ET. AL., | : June 4, 2008 |

### MOTION FOR PERMISSION TO AMEND

The Plaintiff, through counsel, requests permission to amend his complaint one last time. Said amended complaint is attached to this motion. The primary reason is pagination and numerations in subparagraphs are off. Plaintiff wanted to add more details to a number of paragraphs and counts. Lastly the Plaintiff is requesting to add Deputy Warden Valerie light as a defendant. Deputy Light was originally mentioned multiple times in the original and subsequent complaints but was not formally named or served.

PLAINTIFF, IRA ALSTON
BY _____
Frank P. Cannatelli, Esq.
2980 Whitney Ave., 2nd Floor
Hamden, CT 06518
Phone: 203-287-1207
Fax: 203-287-1012
Fed. # 04394

## ORDER

The forgoing motion having been heard is hereby ORDERED:

1.  Granted          2.  Denied

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

Also, I hereby certify that a copy of the foregoing was mailed to the following on June 3, 2008:

Ira Alston, Inmate #275666
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

Richard Biggar, Esq.
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

_____
Frank P. Cannatelli, Esq.
Commissioner of the Superior Court

## Motions
3:07-cv-00473-RNC Alston v. Cahill et al
DFM, EFILE, REFCNF

### U.S. District Court

### United States District Court for the District of Connecticut

## Notice of Electronic Filing

The following transaction was entered by Cannatelli, Frank on 6/6/2008 at 11:23 AM EDT and filed on 6/6/2008

**Case Name:** Alston v. Cahill et al
**Case Number:** 3:07-cv-473
**Filer:** Ira Alston
**Document Number:** 70

**Docket Text:**
**MOTION to Amend/Correct [1] Complaint, by Ira Alston.Responses due by 6/27/2008 (Attachments: # (1) Text of Proposed Order)(Cannatelli, Frank)**

**3:07-cv-473 Notice has been electronically mailed to:**

Richard T. Biggar      richard.biggar@po.state.ct.us, beverly.OBrien@po.state.ct.us

Frank P. Cannatelli     cannatellilaw@aol.com

**3:07-cv-473 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=6/6/2008] [FileNumber=1632611-0]
[19f393d25a6a3b8ee24c5048113884513b98bf2221227a9502f273b910d229e94783
d75101665edf1615c081d81d11d6fc11ce14b4f7192d671c7053eddd568b]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=6/6/2008] [FileNumber=1632611-1]
[aef6cc5b816d3a8ec983ce8f506265d2a2ae65b416a2afab35dc31c9627f3df98e65
8baaee1ac8052f1bb6cd3ce7b0cc99d3b7a7077be57aa80aaf081432579c]]

**Motions**
3:07-cv-00473-RNC Alston v. Cahill et al
DFM, EFILE, REFCNF

## U.S. District Court

### United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered by Cannatelli, Frank on 6/6/2008 at 11:19 AM EDT and filed on 6/6/2008
**Case Name:**         Alston v. Cahill et al
**Case Number:**       3:07-cv-473
**Filer:**             Ira Alston
**Document Number:** 69

**Docket Text:**
**MOTION to Amend/Correct [1] Complaint, *add/serve* by Ira Alston.Responses due by 6/27/2008 (Cannatelli, Frank)**

**3:07-cv-473 Notice has been electronically mailed to:**

Richard T. Biggar    richard.biggar@po.state.ct.us, beverly.OBrien@po.state.ct.us

Frank P. Cannatelli    cannatellilaw@aol.com

**3:07-cv-473 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=6/6/2008] [FileNumber=1632594-0]
[81abceb76e0698ff261955f1ef7a80b798ab2588699c8d66bbb85d103424a95edd19
3b8e262abd8210428c927964a639d5f391d0849579b33efea05b4d3112fc]]

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON | : | CIVIL NO. 3:07CV473 (RNC) |
| v. | : | |
| JASON CAHILL, ET AL. | : | JUNE 11, 2008 |

### THE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFF'S AMENDED COMPLAINT, DATED APRIL 21, 2008

1. Paragraphs 1, 2 and 3 are denied.

2. Paragraph 4 is admitted but for the phrase "pursuant to the provisions of Conn. Gen. Stat. § 18-84" which is denied as incomplete and/or inaccurate.

3. The first sentence of paragraph 5 is admitted. The remainder of that paragraph is denied as incomplete and/or inaccurate.

4. The first sentence of paragraph 6 is admitted. The remainder of that paragraph is denied as incomplete and/or inaccurate.

5. The first sentence of paragraph 7 is admitted. The second sentence is denied as incomplete and/or inaccurate.

6. Paragraph 8 is denied as incomplete and/or inaccurate.

7. The first sentence of paragraph 9 is admitted. The second sentence is denied as incomplete and/or inaccurate.

8. The first sentence of paragraph 10 is admitted. The second sentence is denied as incomplete and/or inaccurate.

9. The first sentence of paragraph 11 is admitted. The second sentence is denied as incomplete and/or inaccurate.

10. Paragraph 12 is denied as incomplete and/or inaccurate.

11. The first sentence of paragraph 13 is admitted. The second sentence is denied as incomplete and/or inaccurate.

12. The first sentence of paragraph 14 is admitted. The second sentence is denied as incomplete and/or inaccurate.

13. The first sentence of paragraph 15 is admitted. The second sentence is denied as incomplete and/or inaccurate.

14. Paragraphs 16 and 17 are denied as incomplete and/or inaccurate.

15. Paragraph 18 is admitted.

16. Paragraphs 19, 20, 21 and 22 are denied as incomplete and/or inaccurate.

17. The defendants have insufficient knowledge and/or belief to answer the allegations contained in paragraph 23 and leave the plaintiff to his proof as to those allegations.

18. The defendants admit that "[a]t all times relevant to this action, the Defendants were acting under color of law." The remainder of paragraph 24 is denied.

19. As to paragraph 25, it is admitted only to the extent that the defendants were personally involved in any action or inaction alleged in the plaintiff's complaint.

20. Paragraph 26 is denied.

21. Paragraph 27 is denied.

22. Paragraphs 28, 29 and 30 are denied as incomplete and/or inaccurate.

23. Paragraphs 31 and 32 are denied.

24. The first sentence of paragraph 33 is denied. The second sentence is admitted.

25. Paragraphs 34, 35, 36, 37, 38, 39, 40, 41 and 42 are denied.