```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

IRA ALSTON,                     :

     Plaintiff,                 :

V.                              :    CASE NO. 3:07-CV-473(RNC)

LT. CAHILL, ET AL.,             :

     Defendants.                :
```

## RULING AND ORDER

After review and over objection, the Magistrate Judge's recommended ruling (doc. 175) is hereby approved and adopted. Accordingly, plaintiff's motion for a preliminary injunction (doc. 158) is denied; his motion to expedite (doc. 162) is denied as moot; and his motion for an evidentiary hearing (doc. 166) is denied.

So ordered.

Dated at Hartford, Connecticut this <u>29th</u> day of July 2010.

<u>    /s/RNC    </u><br>
Robert N. Chatigny, U.S.D.J.