UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON, | : | CIVIL ACTION NO.: |
| | : | 3:07 CV 00473 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JASON CAHILL, ET AL. | : | |
| | : | |
| Defendants. | : | SEPTEMBER 13, 2010 |

## MOTION FOR EXTENSION OF TIME
## TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the plaintiff, Ira Alston, ("Plaintiff"), respectfully requests an extension of time of thirty (30) days, up to and including October 18, 2010, in which to file the Joint Trial Memorandum in this action, which is currently due to be filed on September 17, 2010.

As good cause for the requested extension of time, Plaintiff respectfully submits that his court-appointed pro bono counsel experienced difficulty obtaining the case files in this matter. As such, Defendants' counsel assisted in providing the relevant case materials to Plaintiff's counsel, and counsel for the parties have been working cooperatively in this regard. Since receiving the materials, Plaintiff has been diligent in working towards the submission of the Joint Trial Memorandum. Plaintiff's counsel has evaluated the file materials, met with Plaintiff, and requested the production of additional documentation from Defendants' counsel that is necessary

to adequately prepare the case for trial. As a result of this request, it was discovered that there exists an unproduced file containing relevant additional documentation that has not yet been provided, but that is expected to be provided in the coming week or weeks. Accordingly, despite his diligence, the additional time requested is necessary to allow Plaintiff to review and evaluate the additional voluminous documents yet to be received in order to fully and adequately prepare the Joint Trial Memorandum and case for trial.

This is Plaintiff's first request for an extension of time with respect to this matter, although it is the parties' third request jointly. Defendants previously filed one motion for extension of time with respect to this matter. Counsel for Defendants has consented to the requested extension.

WHEREFORE, the plaintiff, Ira Alston, respectfully requests that the Court grant this Motion for Extension of Time and extend the deadline in which to file the Joint Trial Memorandum in this action by thirty (30) days, up to and including October 18, 2010.

Dated:  September 13, 2010
        Simsbury, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
IRA ALSTON

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
tjf@jordenusa.com
Paula Cruz Cedillo
Federal Bar No.: ct 23485
pcc@jordenusa.com
JORDEN BURT LLP
175 Powder Forest Drive
Suite 301
Simsbury, Connecticut 06089
Tel.: (860) 392-5000
Fax: (860) 392-5058

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of September 2010, a copy of the foregoing Consent Motion for Extension of Time to File Joint Trial Memorandum was served on the following via email and regular mail.

Steven R. Strom
Assistant Attorney General
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman Street
Hartford, CT 06105

Richard T. Biggar
Assistant Attorney General
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman Street
Hartford, CT 06105

                                        /s/ Thomas J. Finn
                                        Thomas J. Finn

232454v1