UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON | : | CIVIL NO. 3:07CV473 (RNC) |
| v. | : | |
| JASON CAHILL, ET AL. | : | OCTOBER 25, 2010 |

## WRIT OF HABEAS CORPUS

### TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, AND TO THE WARDEN OF NORTHERN CORRECTIONAL INSTITUTION

By authority of the United States of America, you are hereby commanded to bring Ira Alston, # 275666, who is now confined at Northern Correctional Institution, Connecticut, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the **14th day of December, 2010, at 9:00 A.M.**, to participate in a civil matter pending before this Court, and to be returned to your custody immediately thereafter.

SO ORDERED.

Dated at Hartford, Connecticut, this 26 day of October, 2010.

BY ORDER OF THE COURT

/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny
United States District Judge