UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON, | : | CIVIL ACTION NO.: |
| | : | 3:07 CV 00473 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JASON CAHILL, ET AL. | : | |
| | : | |
| Defendants. | : | NOVEMBER 8, 2010 |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING PLAINTIFF'S PRIOR CONVICTIONS**

The plaintiff, Ira Alston ("Plaintiff"), respectfully submits this Motion *in Limine* to preclude the Defendants[1] from offering any documentary or testimonial evidence regarding the Plaintiff's prior convictions and sentencing, including the conviction for which he is currently incarcerated.  Alternatively, should evidence relating to Plaintiff's prior convictions be held admissible, Defendants should only be permitted to impeach the Plaintiff during cross-examination by offering evidence that he is serving prison time for a felony conviction without identifying the name or underlying details of the offense.

The grounds for this Motion are more fully set forth in the accompanying memorandum of law.

---

[1] The Defendants in this matter are Fred Levesque, Jefferey McGill, Scott Salius, Jason Cahill, Melvin Saylor, Miguel Diaz, Jon Donovan, Neftali Rodriquez, Bruce Moyer, Wilbur Strozier, Adam Vazquez, Dr. Carson Wright, Terrence Rose, Theresa Lantz, Nancy Hill, Ray Sayre, Wendy Sanders, Barbara Savoie, and Valerie Light.

1

WHEREFORE, the plaintiff, Ira Alston, respectfully requests that the Court grant his Motion *in Limine* to Exclude Evidence Regarding Plaintiff's Prior Convictions and exclude all documentary or testimonial evidence regarding Plaintiff's prior convictions, including the conviction for which he is currently incarcerated.

Dated: November 8, 2010
      Simsbury, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
IRA ALSTON

By: /s/ Thomas J. Finn
    Thomas J. Finn
    Federal Bar No.: ct 20929
    tjf@jordenusa.com
    Paula Cruz Cedillo
    Federal Bar No.: ct 23485
    pcc@jordenusa.com
    Liam S. Burke
    Federal Bar No.: ct 27739
    lsb@jordenusa.com
    JORDEN BURT LLP
    Suite 301
    175 Powder Forest Drive
    Simsbury, Connecticut 06089
    Tel.: 860.392.5000
    Fax: 860.392.5058

## **CERTIFICATION**

       I hereby certify that on this 8th day of November, 2010 a copy of the foregoing Plaintiff's Motion *in Limine* to Exclude Evidence Regarding Plaintiff's Prior Convictions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Thomas J. Finn
                                                  Thomas J. Finn