UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON, | : | CIVIL ACTION NO.: |
| | : | 3:07 CV 00473 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JASON CAHILL, ET AL. | : | |
| | : | |
| Defendants. | : | NOVEMBER 8, 2010 |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING PLAINTIFF'S PRE-INCIDENT DISCIPLINARY HISTORY, PRE-INCIDENT INMATE MASTER FILE, AND REFERENCES TO ALLEGED GANG RELATED ACTIVITY**

The plaintiff, Ira Alston ("Plaintiff"), respectfully submits this Motion *in Limine* to preclude the Defendants[1] from offering any documentary or testimonial evidence regarding Plaintiff's disciplinary history and inmate master file for events that occurred prior to November 12, 2006, the date of the incident giving rise to this lawsuit. Pursuant to Federal Rule of Evidence 404(b), evidence of Plaintiff's disciplinary history and inmate master file concerning events that occurred prior to November 12, 2006 is not admissible. Alternatively, even if Plaintiff's pre-incident disciplinary history and/or inmate master file are held to be admissible under Federal Rule of Evidence 404(b), they should be excluded under Federal Rule of Evidence 403, as their probative value is substantially outweighed by the prejudice they will inflict upon Plaintiff.

---

[1] The Defendants in this matter are Fred Levesque, Jeffrey McGill, Scott Salius, Jason Cahill, Melvin Saylor, Miguel Diaz, Jon Donovan, Neftali Rodriquez, Bruce Moyer, Wilbur Strozier, Adam Vazquez, Dr. Carson Wright, Terrence Rose, Theresa Lantz, Nancy Hill, Ray Sayre, Wendy Sanders, Barbara Savoie, and Valerie Light.

In addition, Plaintiff hereby moves pursuant to Rule 403 of the Federal Rules of Evidence to exclude any references made to, or evidence concerning, Plaintiff's alleged involvement in gang related activity, whether occurring before or after November 12, 2006.

The grounds for this Motion are more fully set forth in the accompanying memorandum of law.

WHEREFORE, the plaintiff, Ira Alston, respectfully requests that the Court grant his Motion *in Limine* to Exclude Evidence Regarding Plaintiff's Pre-Incident Disciplinary History, Pre-Incident Inmate Master File, and References to Alleged Gang Related Activity, and exclude all evidence regarding Plaintiff's pre-incident disciplinary history, pre-incident inmate master file, and any references concerning Plaintiff's alleged involvement in gang related activity.

Dated: November 8, 2010
       Simsbury, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
IRA ALSTON

By: /s/ Thomas J. Finn
    Thomas J. Finn
    Federal Bar No.: ct 20929
    tjf@jordenusa.com
    Paula Cruz Cedillo
    Federal Bar No.: ct 23485
    pcc@jordenusa.com
    Liam S. Burke
    Federal Bar No.: ct 27739
    lsb@jordenusa.com
    JORDEN BURT LLP
    Suite 301
    175 Powder Forest Drive
    Simsbury, Connecticut 06089
    Tel.: 860.392.5000
    Fax: 860.392.5058

## CERTIFICATION

I hereby certify that on this 8th day of November, 2010 a copy of the foregoing Plaintiff's Motion *in Limine* to Exclude Evidence Regarding Plaintiff's Pre-Incident Disciplinary History, Pre-Incident Inmate Master File, and References to Alleged Gang Related Activity was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Thomas J. Finn
       Thomas J. Finn