3:07cv473notn

United States District Court
District of Connecticut

2011 DEC 16 P 2:22
U.S. DISTRICT COURT
HARTFORD CT
FILED

IRA Alston
Plaintiff

CASE No.:
3:07cv473(Rnc)

v

Lieutenant Cahill, et. Al.          December 12, 2011

Motion For Court intervention re:
DEFENDANT'S REFUSAL to PERMIT PlAintiFF
Access to his Legal PAPERWORK.

NOW Comes, the PlAintiFF, Who RESPECTFULLY MOVES
this Court For An order in the nature of A
PRiminary injunction or Temporary Restraining order
"TRO" Compelling the defendants to PERMit
PlAintiFF ACCESS to his Legal PAPERWORK Retained
in the institution's Temporary Storage Program.
          THE REASON(S) For this motion is, Early
2009 PlAintiFF Legal PAPERWORK WAS ConFiscated.

ORAl ARgument Requested
Testimony NOt Required

1

Plaintiff then filed a motion to compel the return of his legal paperwork see Doc. # 134. Defendants opposed the motion see Doc. # 145 and the Affidavit of Scott Salius see Doc. # 144.

In Defendants' captain Scott Salius Affidavit the defendants swore under oath that upon request Plaintiff will be permitted the opportunity to exchange his legal paperwork in his assigned cell for that retained in the institution's Temporary Storage see pg. ## 2 and 3 paragraph ## 6-8.

Plaintiff todate have 5-6 boxes of legal paperwork retained in the institution's Temporary Storage Program. Plaintiff have sent numerous request for exchange of his legal paperwork retained in the institution's Temporary Storage for that which is in his assigned cell to Defendant unit manager captain Jason Cahill who intentionally fail to acknowledge or accommodate Plaintiff's request.

Plaintiff thereafter sent requests to unit Administrator Edward Maldonado regarding unit manager defendant Jason Cahill refusal. Unit Administrator Maldonado in a response stated that a copy of Plaintiff request will be forwarded to Deputy Warden Cyr for review expect a response from Deputy

Warden Cyr. See Exhibit A. Plaintiff did not receive anything from Deputy Warden Cyr by way of response to his request for exchange of legal paperwork.

On December 5, 2011, Plaintiff attempted to follow-up on his request with Unit Administrator Edward Maldonado during a unit tour. Unit Administrator Edward Maldonado literally evaded Plaintiff's questions regarding this issue. When Plaintiff asked Unit Administrator Edward Maldonado whether he is going to address Plaintiff's concerns regarding Plaintiff legal paperwork? Maldonado stated: "No". At that time Unit Administrator Edward Maldonado walked away from Plaintiff cell. See Attached Affidavit of Ira Alston.

Based upon Information and belief the conversation between Unit Administrator Edward Maldonado and the Plaintiff was overheard by Unit Manager Captain Dennis Marinelli who was present. See Attached Affidavit of Ira Alston.

On this same day, Plaintiff during Deputy Warden Cyr unit tour spoke to Deputy Warden Cyr. Plaintiff addressed his concerns regarding the denial of the opportunity to exchange his legal paperwork with Deputy Warden Cyr and the lack of investigation regarding such

denial. Plaintiff Provided Deputy Warden Cyr with The Request to And Response From Unit Administrator Edward Maldonado regarding The denial of The opportunity to Exchange Legal paperwork. While Unit Administrator Edward Maldonado Still was on the tier Deputy Warden Cyr Stated that "he did not Receive a copy of the request." See Affidavit of Ira Alston.

When Plaintiff Stated to Deputy Warden Cyr that in response to The Request Unit Administrator Maldonado Said he will Forward to you the Request to look into it, Deputy Warden Cyr Stated that the Unit Administrator did not forward the Request to him. See Affidavit of Ira Alston.

This instant matter is on the Eve of Trial. Plaintiff Will be unduly prejudiced if he is Unable to Access Pertinent Legal paperwork Stored in the institution's temporary Storage Program to Adequately Assist or Prosecute This Case.

Wherefore, Plaintiff Seek this Court immediate intervention to Compel the defendants to Permit Plaintiff the opportunity to Exchange Legal paperwork in Storage for that which is in his Cell. Furthermore, Plaintiff Seek An order From this

Court compelling defendants to promptly accommodate all plaintiff's future requests for exchange of legal paperwork being stored in the institution's temporary storage program for that which is in his cell.

Plaintiff pray that this motion is granted in the best interest of justice.

DEC. 12, 2011

The Plaintiff
Ira Alston
Ira Alston 275006
Northern C.I.
287 Bilton Rd
Somers Ct 06071

CERTIFICATION

This is to certify that a handwritten copy of the foregoing was sent via postage prepaid prison mailbox rule to: Attorney General's Office C/o AAG Steven Strom 110 Sherman Street Hartford Ct 06105 on this 12th day of December 2011

x Ira Alston
Ira Alston

United States District Court
District of Connecticut


Ira Alston
        Plaintiff                          Case No.
                                    3:07cv473(RNC)

V


Lieutenant Cahill, et. Al          December 12, 2011


        Affidavit of Ira Alston


I, Ira Alston, swear under the penalty of
perjury that the following is true and correct
to the best of my ability and knowledge:


#1. I am over the age of eighteen years.


#2. I understand the obligations of an oath
and it's penalties.


#3. On numerous occasions i have been
informal request to Defendant unit manager
Captain Jason Cahill for exchange of legal
work retained in the institution's temporary

Storage for that in his cell.

#4. At no time did Defendant Unit Manager Captain Jason Cahill Acknowledge, respond or Accommodate Any of my request for Exchange of Legal paperwork.

#5. In a request dated October 27, 2011, I sent to Unit Administrator Edward Maldonado i Addressed my Concerns regarding Defendant Unit Manager Captain Jason Cahill Refusal to Permit me to Exchange my legal paperwork.

#6. In response dated October 28, 2011, Unit Administrator Edward Maldonado Stated: "your request Is being Forwarded to D/W Cyr For review. Expect A response from his office." See Exhibit A.

#7. At No time did i Receive Any response from Deputy Warden Cyr regarding this issue.

#8. On December 5, 2011, i Attempted to Follow-up on my request with Unit Administrator Edward Maldonado during A Unit tour. Unit Administrator Edward Maldonado literally Evaded

2

my questions regarding this issue. When i asked
unit Administrator Edward maldonado whether
he is going to address my concerns regarding
the refusal to allow me to exchange my legal
paperwork He stated "NO"

#9. During this conversation between unit
Administrator Edward maldonado and I unit
manager captain Dennis marinelli was present.

#10. On December 5, 2011, i, during deputy
warden Cyr unit tour, spoke to Deputy warden
Cyr. I addressed my concerns regarding the
denial of the opportunity to exchange my
Legal paperwork with Deputy warden Cyr, with
providing Deputy warden cyr with the request
to and response from unit Administrator
Edward maldonado regarding the denial.

#11. While unit Administrator Edward
maldonado was still on the teir, Deputy warden
Cyr stated that "he did not receive a copy
of the request".

#12. When i stated that in response to the
request unit Administrator Edward
maldonado said the request will be forwarded

3

to you, Deputy Warden Cyr replied: "The
Unit Administrator did not forward the
request to me."

December 12, 2011                    Affiant Signature:
                                     Ilza Allton

Certification

This is to certify that a handwritten copy of
This affidavit was sent via Mailbox Rule postage
Prepaid to: Attorney General's Office %o AAG
Steven Strom 110 Sherman Street Hartford CT
06105 on This 12th Day of Dec. 2011

                         x Ilza Allton
                           Ira Alston

4

# EXHIBIT A




# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: IRA AlSton | Inmate number: 2756666 |

Facility/Unit: NORTHERN C.I.   Housing unit: 1E 123   Date: 10/27/11

Submitted to: Unit Administrator Edward Maldonado

Request: This Request is being drafted To Complain About Unit manager Captain Jason Cahill Continue And on-going Failure To Supply this I/m With Any Resolution to his many Complains Filed w/ the Unit Manager's Office. On more than two (2) occasions this I/m Sent written' requests And Spoke verbally to Unit manager Jason Cahill Regarding Exchanging some Legal work out of my Cell for some Legal documentAtion in my property. Unit manager Jason Cahill have failed to Respond to my request or Allow this I/m to Exchange Legal documents.

On 8/17/11 this I/m Filed A Request w/ the Unit manager's

*continue on back if necessary*

Previous action taken:

RECEIVED

OCT 28 2011

N.C.I. WARDEN'S OFFICE

*continue on back if necessary*

Acted on by (print name):                    Title:

Action taken and/or response:

Your request is being forward to D/W Cyr/Faucher for review. Expect a response from his office.

W. Cahill

C: D/W Cyr
File                                           10/28/11

*continue on back if necessary*

Staff signature:                              Date:

H-

OFFICE regarding C/O Anderson making verbal Threats Towards this I/m. Todate the Unit-Manager have And continue To Fail to Supply this I/m with Any Resolution to his Request in writing. It Is A continuing on-going thing with unit manager Jason Cahill Refusal to Respond th to inmates including this inmate hand-written' Requests/ complains. I'Am Requesting An initial inquiry Be conducted into this Matter. Please Send A written' Reply to this Request

