```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
```

IRA ALSTON                       :

V.                               :        No. 3:07-CV-473(RNC)

JASON CAHILL, ET AL.             :

ORDER TO SHOW CAUSE

Plaintiff having filed a motion for an order compelling defendants to give him access to legal papers kept in storage (doc. 233), defendants are hereby ordered to show cause, by means of a memorandum filed and served or before January 6, 2012, why the motion should not be granted.

So ordered this 22nd day of December 2011.

```
                        _____/s/ RNC_____
                        Robert N. Chatigny, U.S.D.J.
```