07cv473mtn2

United States District Court
District of Connecticut

Ira Alston
   Plaintiff                              Case No:
                                          3:07cv473(RNC)

v

Lieutenant Cahill, et. Al.     December 21, 2011
        Defendants

## Motion To Add And Serve

Now comes, the Plaintiff, who Respectfully moves
this court pursuant to Rule 20(a)(2)(A) And (B)
And Rule 19 of the Federal Rules of Civil
Procedures to join successor defendants in
office And to serve those defendants in
Accordance with Rule 4(a)(b) And (c)(3) of the
Federal Rules of civil procedure with a copy
of the fourth Amended complaint.
               The Reasons for this motion
is because during the pendncy of this action

ORAL Argument Requested
Testimony not required

1.

DEFENDANT WARDEN McGILL WAS SUCCEEDED in OFFICE by WARDEN QUIROS who then WAS SUCCEEDED by WARDEN MALDONADO, DEFENDANT DEPUTY WARDEN LIGHT WAS SUCCEEDED IN OFFICE by DEPUTY WARDEN POWERS who then WAS SUCCEEDED by DEPUTY WARDEN CYR, DEFENDANT CAPTAIN SCOTT SALIUS WAS SUCCEEDED in OFFICE by CAPTAIN DARRYL LITTLE who then WAS SUCCEEDED by CAPTAIN DENNIS MARINELLI, DEFENDANT COMMISSIONER LANTZ WAS SUCCEEDED in OFFICE by COMMISSIONER MURPHY who then WAS SUCCEEDED by COMMISSIONER ARNONE.

All the originally NAME defendants And their Successors in OFFICE is/WAS responsible Either jointly or severally for Conducting the Appropriate periodic Reviews of the continued Appropriateness of plaintiff Assignment to Administrative segregation see DOC. #100 third Amended complaint PARAGRAPH ## 69 to 77; Hewitt v. Helms, 459 U.S. 460 At 477 n. 9. The DEFENDANTS And their successors in OFFICE continuously failed or Refused to conduct the Aforesaid required periodic Reviews.

Therefore, Plaintiff have Asserted

A right to relief against them jointly severally and/or in the alternative with respect to or arising out of the same transaction or series of transactions see plaintiff's fourth amended complaint. The joiner of defendants successors in office will not deprive this court of subject matter jurisdiction.

Questions of law and fact common to all above named defendants and their successors in office will arise in this action and plaintiff will not be able to obtain complete relief without the joiner of the above named defendants successors in office. The plaintiff pray that this motion is granted in the best interest of justice

December 21, 2011

The Plaintiff
Ura Alston
Northern CI
287 Bilten Rd
Somers, CT 06071
Ena Alston

3.

CERTIFICATION

This is to certify that a copy of the foregoing motion to Add And serve was sent via postage prepaid prison Mailbox rule to: Attorney general's office % AAg Steven Storm 110 Sherman Street hartford ct 06105 on this 21st Day of December 2011.

Ina Alston

4