07cv473mtn3

United States District Court
District of Connecticut

Ira Alston
    Plaintiff

                    Case No.:
                    3:07cv473(RNC)

v

Lieutenant Cahill, et. Al          December 21, 2011

## Motion For Leave to Amend

Now comes, the Plaintiff, who respectfully request for Leave Pursuant to Rule 15(a)(2) of the Fed. R. Civ. P. to file a Fourth Amended Complaint setting forth facts and circumstances giving cause to Plaintiff's claim of a right to relief against certain named Defendants successors in office. This Amendment will not delay any proceedings or the trial in this matter. (See Attached)
            The Plaintiff do not intended

Oral Argument Requested
Testimony Not Required

1.

to bring any new cause of action. There are new factual allegations asserted in the Fourth Amended Complaint against non-defendants. The Plaintiff do not intend to assert any cause of action against them, but asserted the new factual allegations to make clear that certain conduct, acts or omissions were the result of excessive use of force, deliberate indifference to safety or a serious medical need or a violation of due process of law. Furthermore, the new factual allegations in the Fourth Amended Complaint is asserted to conform all factual allegations to the evidence that will be presented at trial.

Lastly, the conduct asserted by the new factual allegations in the Fourth Amended Complaint arose out of the conduct, transaction, or occurence set out and/or attempted to be set out in the Third Amended Complaint see Rule 15(c) of the Fed. R. Civ. P. Therefore, the Defendants could have reasonably contemplated the amendment of the new factual allegations.

The Plaintiff who is pro se and incarcerated could not obtain the

defendants position regarding this motion. Wherefore, Plaintiff pray that this motion is granted in the best interest of justice.

December 21, 2011

The Plaintiff
*Ira Alston*
Ira Alston
Northern CI
287 Bilton Rd
Somers, CT 06071

## CERTIFICATION

This is to certify that a copy of the foregoing motion for Leave to Amend was sent via postage prepaid prison mailbox Rule to: the Attorney General's Office c/o AAG Steven Strom 110 Sherman Street Hartford CT 06105 on this 21st day of December, 2011.

*Ira Alston*
Ira Alston

United States District Court
District of Connecticut

Ira Alston
   Plaintiff

Case no.:
3:07cv473 (RNC)

V

Jury Trial demanded

Lieutenant Cahill
Lieutenant Saylor
Deputy Warden Rose
Deputy Warden Light
Deputy Warden Powers
Deputy Warden Cyr
Deputy Warden Rodriguez
Warden McGill
Warden Quiros
Warden Maldonado
Director Fredrick Levesque
Commissioner Lantz
Commissioner Murphy
Commissioner Arnone

Continue on next page

1.