UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON | : | CIVIL NO. 3:07-CV-473(RNC) |
| v. | : | |
| JASON CAHILL, ET AL. | : | DECEMBER 28, 2011 |

**AFFIDAVIT OF CORRECTION OFFICER BLAIS IN RESPONSE TO PLAINTIFF'S REQUEST FOR ACCESS TO HIS LEGAL DOCUMENTS**

I, Correction Officer Blais, being duly sworn, depose and say that:

1. I am a correction officer employed by the Department of Correction (DOC) and I am assigned to Northern CI. I have personal knowledge of the matters stated herein.

2. DOC staff at Northern CI have complied in full with plaintiff's request to access his 5 boxes of legal materials which is in storage at Northern CI.

3. On December 27, 2011, Captain Marinelli, the Unit Manager for One West where Inmate (I/M) Alston is housed in Phase I, Administrative Segregation, made arrangements for the legal boxes in storage to be brought to the tables in the One West day room.

4. On 12/27/2011, I/M Alston was given an opportunity to review legal files. Captain Marinelli issued I/M Alston 5 boxes which were brought in for review. I/M Alston retrieved several items as his demeanor appeared upbeat.

5. I/M Alston reviewed his requested legal files around 11:40 am. Plaintiff made no further requests. It appeared that he had retrieved only one, two or just a few items, and his demeanor was upbeat and positive. He made no further requests and had no further issues.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
C/O Blais

Subscribed and sworn to before me this 28th day of December 2011.

_____
Steven R. Strom
Commissioner of the Superior Court


DEFENDANTS
CAPTAIN Jason Cahill, Et. Al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591


### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th [29th] day of December, 2011 to:

Ira Alston, Inmate #275666
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
Steven R. Strom
Assistant Attorney General



## Northern Correctional Institution
## Freedom of Information Unit
## PO Box 665
## Somers, CT 06071

### Acknowledgement for Review of Legal Documents

*[Handwritten annotation: To: AAG Storm, this (I.A) do not mean that the issue is moot. See Tribe of Okla. v. Nat'l Indian Gaming Comm'n, 327 F.3d 1019, 1025(10th Cir. 2003)]*

I, Ira Alston # 275666 reviewed my Legal files on 12/27/2011 around 11:40 AM. I retrieved the documents I needed.

Signature _Ira Alston #275666_  Date _12/28/11_

*Witness Signature _[signature]_

**\* Please return this form to the FOI Liaison Office upon completion.**