United States District Court
District of Connecticut

FILED
2012 JAN 31 P 1:49
US DISTRICT COURT
HARTFORD CT

Ira Alston
   Plaintiff

Case No.:
307CV473(RNC)

V.

Jason Cahill, et. Al.
   Defendants

January 25, 2012

Plaintiff's Re-newed motion in limine to exclude evidence regarding Plaintiff's Prior Conviction.

The Plaintiff, Ira Alston, hereby re-alleged and incorporates herein by reference each and every allegation stated in Plaintiff's [198] motion in limine dated November 8, 2010. See Rule 10(c), Fed. R. Civ. P.

Oral Argument requested
Testimony Not Required

1

January 25, 2012

The Plaintiff
Alzee Alston
Ira Alston
Northern CI
287 Bilton Rd
Somers CT 06071

## Certification

This is to certify that a copy of the foregoing motion was sent via prison mail box rule to: Office of the Attorney General c/o AAG Steven R. Strom 110 Sherman Street Hartford CT 06105 on this 25th day of January 2012

x Alzee Alston
  Ira Alston

2