United States District Court
District of Connecticut

FILED 2012 JAN 31 PM 4:49
US DISTRICT COURT
HARTFORD CT

Ira Alston
 Plaintiff

Case No:
3:07cv473(RNC)

v.

Jason Cahill, et al.
 Defendants.

January 25, 2012

Re-newed Memorandum of Law in Support of Plaintiff's Motion in limine to exclude evidence regarding Plaintiff's Prior Convictions.

The Plaintiff, Ira Alston, hereby re-alleged and incorporates herein by reference each and every allegation stated in Plaintiff's [199] Memorandum of Law dated November 8, 2010. See Rule 10(c), Fed. R. Civ. P.

January 25, 2012

The Plaintiff
/s/ Ira Alston
Ira Alston
287 Bilton Rd
Somers CT 06071

1

## Certification

This is to certify that a copy of the foregoing was sent via prison mailbox rule postage prepaid to: Office of the Attorney General %o AAG Steven R. Strom 110 Sherman Street Hartford CT 86105 on this 25th day of January 2012

*Ira Alston*
Ira Alston

2