FILED
2012 JAN 31 P 1:48
US DISTRICT COURT
HARTFORD CT

United States District Court
District of Connecticut

Ira Alston
    Plaintiff                         Case No.:
                                      307cv473(RNC)
v

Jason Cahill, et. Al.                 January 25, 2012
    Defendants.

Plaintiff's re-newed motion in limine to exclude evidence regarding Plaintiff's pre-incident and post incident disciplinary history, pre and post incident inmate master file, and references to alleged gang related activity.

The Plaintiff Ira Alston, hereby re-alleged and incorporates herein by reference each and every allegation stated in Plaintiff's (200) motion in limine dated November 8, 2010. See Rule 10(c), Fed. R. Civ. P.

Oral Argument Requested
Testimony Not Required

1

January 25, 2012

The Plaintiff
Ulee Alston
Ira Alston #275106
Northern CI
287 Bilton Rd
Somers CT 06071

Certification

This is to certify that a copy of the foregoing was sent via Prison Mailbox Rule postage prepaid to: Office of the Attorney General c/o AAG Steven R. Strom 110 Sherman Street Hartford CT 06105 on this 25th day of January 2012.

Ulee Alston
Ira Alston