United States District Court
District of Connecticut

Ira Alston
  Plaintiff                         Case no.:
                                    307cv473(RNC)
v.

Jason Cahill, et. al.               January 31, 2012
  Defendants

## Plaintiff's Supplement to Witness List

A. Plaintiff's Witnesses

1. The Plaintiff, Ira Alston, Northern C.I. 287 Bilton rd Somers CT will testify as to the allegations asserted in the complaint and the circumstances surrounding the incidents at issue. 1.5 hours

2. Anthony Nugent, Corrigan-Radgowski Correctional institution, 986 Norwich-New London Turnpike, Uncasville, Connecticut

1

will testify as to the circumstances surrounding the incident at issue and the events of the November 12, 2006 assault and to Plaintiff injuries. 1.5 hours

3. Steven Gary, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire Connecticut will testify as to the harrassing behavior and threats made towards Plaintiff by the defendants leading up to the November 12, 2006, assault incident at issue and Plaintiff injuries. .75 hours.

4. Angel Calo, Northern Correctional Inst. 287 Bilton Rd., Somers, Connecticut, will testify as to the harrassing behavior and threats made towards Plaintiff by the defendants leading up to the incident at issue and his observations on November 12, 2006, as well as conversations he had with Anthony Nugent after the November 12, 2006 incident regarding the same. .75 hours.

5. Duwayne Marquis Whitehead, Bridgeport Connecticut Center 1106 North Avenue Bridgeport, Connecticut, will testify as to the harrassing behavior and threats made

towards Plaintiff by the defendants leading up to the November 12, 2006, Assault incident as well as to his observations of November 12, 2006, and to Plaintiff's injuries. 1.5 hours

6. Doctor Thomas Hanny. Connecticut Department of Corrections. He will testify as to his observations and examination of Plaintiff conducted on November 19, 2006 at NCI, the medical reports, the standard of care owed to Plaintiff under the circumstance, He will interpret any/all medical reports created by him. He will testify as an expert witness and opine (based on a review of Plaintiff's medical records and other files) that Plaintiff's subjective complaints of pain were supported or corroborated by objective findings. Doctor Thomas Hanny is employed or retained by the Connecticut Department of Corrections as such Plaintiff request pursuant to Rule 611, Fed. R. Evid. Doctor Thomas Hanny be notice as a hostile witness and Plaintiff be permitted to lead the witness to keep his testimony focus on the relevant issues in the case. 1.0 hours

7. Doctor AJAY DALAL. Northern Corr. Inst. 287 Bilton Rd Somers, Connecticut, She will testify as to her observations and examination of Plaintiff conducted on December 1, 2006 and January 12, 2007 at NCI, the medical reports, the standard of care owed to Plaintiff under the circumstances. She will interpret the x-ray films created of Plaintiff left wrist and any/all medical reports created by her. She will explain what is a widening of the scapholunate joint space with the distal consist with scapholunate dissociation with the tilting of the lunate and the need for further diagnostic examination, care or treatment. She will testify as an expert witness and opine (based on a review of the x-ray films, Plaintiff's medical records and other files) that Plaintiff's subjective complaints of pain were supported or corroborated by objective findings. Doctor AJAY DALAL is employed or retained by the Connecticut Department of Corrections as such Plaintiff request pursuant to Rule 611, Fed. R. Evid Doctor AJAY DALAL be notice as a hostile witness and Plaintiff be permitted to lead

The witness to keep her testimony focus on the relevant issues in the case. 1.5 hours

8. Doctor Carson Wright. Northern C.I. 287 Bilton Rd., Somers, CT. He will discuss X-rays and prognosis. He will discuss medications prescribed for the Plaintiff, date said meds were prescribed, what was ordered to be done, what was done, and what wasn't done describing the need for an MRI and the lack of one being conducted. He will explain what R/O Scapholunate Dissociation is, and the effects on Plaintiff and prognosis for the future. Further, he will testify to what musculoskeletal issues exist regarding Plaintiff's wrist. Cause of injury, from a medical standpoint. This will be rendered in the form of an opinion from review of Plaintiff's records and examinations of the Plaintiff. He will interpret all reports created by him. He will testify as an expert physician. He will testify that Plaintiff's subjective complaints of pain were supported or corroborated by objective findings. Dr. Wright is a defendant in this case as such Plaintiff request pursuant to Rule 611, Fed. R. Evid. Dr. Wright be notice as an Adverse

witness and Plaintiff be permitted to lead the witness to keep his testimony focus on the relevant issues in the case. 2 hours.

9. Captain Scott Salius. Connecticut Department of Corrections. He will testify as to his conversation with the Plaintiff on November 13, 2006, during the first shift hours. His duties and responsibilities as the 1 East housing unit manager, His failure to remove Plaintiff off of in cell restraints and the failure to conduct periodic reviews of Plaintiff administrative segregation status/placement. Scott Salius is a Defendant Therefore Plaintiff request that he be allowed to lead the witness pursuant to Rule 611, Fed R. Evid. to keep the witness testimony focus on the relevant issues in the case. 1.5 hours

10. Captain Jason Cahill. Northern Correctional Institution 287 Bilton Road Somers, Connecticut. He will testify to his reason(s) of placing Plaintiff on in cell restraints, the type of restraints used and the manner of application of the restraints. He will testify to his duties responsibilities and involvement in the November 12-14, 2006 incidents. Jason Cahill is a Defendant Therefore Plaintiff request

that he be allowed to lead the witness pursuant to Rule 611, Fed. R. Evid. to keep the witness testimony focus on the relevant issues in the case. 1.5 hours.

11. Jeffrey McGill. Former Warden at Northern Corr. Inst. 287 Bilton Road Somers, Connecticut. He will testify as to his duties and responsibilities while he was the Warden at Northern Corr. Inst. He will testify as to the policies and procedures of CTDOC and NCI as they apply to this case. He will testify as to his failure to review plaintiff on "in cell" restraints in every 24 hour intervals, the failure to conduct periodic reviews of plaintiff administrative segregation placement and to the investigative endeavors or the lack thereof into plaintiff's complaints regarding the November 12-14, 2006 incidents. Jeffrey McGill is a defendant in this case therefore pursuant to Rule 611, Fed. R. Evid. Plaintiff request that he be allowed to lead the witness to keep the witness testimony focus on the relevant issues in the case. 1.0 hours

12. Deputy Warden Neftali Rodriguez. MacDougall CI, Suffield, Connecticut. He will testify as to his duties and responsibilities while he was the duty

7

Officer/Deputy Warden at Northern C.I. He will testify as to the policies and procedures of CTDOC and NCI as it apply to this case. He will testify to the investigative endeavors or the lack thereof into plaintiff's complaints regarding the November 12-14, 2006 incidents. He will also testify to the relevant reports and records as it apply to this case. Deputy Warden Neftali Rodriguez is a defendant in this case therefore pursuant to Rule, 611, Fed. R. evid. Plaintiff request that he be allowed to lead the witness to keep the witness testimony focus on the relevant issues in the case. .75 hours

13. Valerie Light, Warden, Brooklyn Correctional Institution; former Deputy Warden of Northern CI. She will testify as to her duties and responsibilities while she was the Deputy Warden of Northern CI. She will testify as to the policies and procedures of CTDOC and NCI as they apply to this case. She will testify as to her failure to conduct periodic reviews of plaintiff's Administrative Segregation assignment. Valerie Light is a defendant in the case, therefore plaintiff request pursuant to Rule 611, Fed R. evid. to be allowed to lead the witness to keep the witness testimony focus on the relevant issues in the case. .75 hours

14. Terrence Rose, former Deputy Warden of Northern Correctional Institution, 287 Bilton Road Somers, Connecticut. He will testify as to his duties and responsibilities while at Northern C.I. He will testify as to the policies and procedures of CTDOC and NCI as they apply to this case as well as the relevant reports and records. He will testify as to his failure to review plaintiff in "in-cell" restraint status within 5 hours of placement and any (all) administrative investigations or the lack thereof into plaintiff's complaints regarding the November 12-14, 2006 incidents. Deputy Warden Terrence Rose is a Defendant in the case therefore pursuant to Rule 611, Fed. R. evid. Plaintiff request that he be allowed to lead the witness to keep his testimony focus on the relevant issues in the case. .75 hours.

15. Darnell Moore, Northern Correctional Institution 287 Bilton Road Somers Connecticut. He will testify as to the events, conversations and retaliatory conduct of Defendant Diaz. .25 hours

16. Joshua Curry, Northern Correctional Institution 287 Bilton Road Somers, Connecticut. He will testify as to the events, conversations and retaliatory conduct of Defendant Diaz as alleged in the Third Amended Complaint Doc. #100 .25 hours

9

17. Counselor MARK Tourangeau, Northern Correctional Institution 287 Bilton Road Somers, Connecticut. He will testify as to his Responsibilities and Duties as the least housing unit counselor of NCI during the relevant times in this case. He will testify as to the CTDOC and NCI policies and procedures as they apply in this case. He will testify and interpret or explain the "milton Reviews" that he conducted. He will testify and interpret all the relevant ~~counselors~~ classification Reports and Records as they apply in this case. He will testify as to the lack of any periodic reviews of plaintiff's Administrative Segregation placement. .75 hours

January 31, 2012

The Plaintiff

*Ira Alston*

Ira Alston
287 Bilton Rd
Somers CT 06071

Certification

This is to Certify that a Copy of the foregoing was sent via Prison mailbox Rule postage prepaid to: AAG Steven R. Strom 110 Sherman St. hartford CT 06105 on this 2 Day of Feb. 2012

x *Ira Alston*
Ira Alston

10