United States District Court
District Of Connecticut

Ira Alston
Plaintiff

Civil No.:
3:07cv473(RNC)

V.

Jason Cahill, et. Al.
Defendants

July 29, 2012

## Plaintiff's Second Motion for Emergency Relief

Plaintiff, Ira Alston, Pursuant to Local Rule 7(a)3, D.Conn.L.Civ.R. hereby Respectfully Impresses Upon This Court for A Ruling In Connection With Plaintiff's Motion 296 Judgement As A Matter Of Law And 298 Motion for A Mistrial. This Is Plaintiff Second Motion For Emergency Relief. The Reason(s) Therefor, As Of Feb. 2012 Plaintiff's

Oral Argument Requested
Testimony Not Required

1

Motions has been Pending Without Resolution. The delay In Resolution Of Plaintiff's Motions Is Causing An Overall delay In the prompt And Efficient Resolution Of Plaintiff's Case. for Judgement To be Entered Pursuant To Rule 58 or 79(a) Of the Fed. R. Civ. P. for The Purposes Of Plaintiff filing Any Motions Under Rule 59, Fed. R. Civ. P., The Pending Motions Should Be Resolved.

Wherefore, Plaintiff Pray that This Court Rule On All the Pending Motions Filed during the trial In this Matter And Enter Judgement As Appropriate.

July 29, 2012

The Plaintiff
Ira Alston
Ira Alston
Northern CI
287 Bilton Rd
Somers, CT. 06071

Certification

This is to Certify that A Copy Of This Motion Was Sent To: Office Of the Attorney General c/o Terrence O'neill Assistant Attorney General. 110 Sherman St. Htfd. CT. 06105 on this 29th day of July 2012

Ira Alston
Ira Alston

2